# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV-10-2696 SVW (MANx) | Date | February 9, 2011 |
|---|---|---|---|
| Title | PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC V. INSURANCE COMPANY OF NORTH AMERICA, INC et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER re Rescheduling All Dates in View of Notice of Settlement

    The Court is in receipt of the Notice of Settlement. Having considered the Parties' request therein, the Court reschedules the hearing dates on calendar as follows.

    All matters and papers scheduled to be heard or submitted on February 28, 2011 shall now be heard or submitted on April 11, 2011 at 1:30 p.m. Trial, originally scheduled for March 8, 2011, shall now be held on April 19, 2011 at 9 a.m. All other submission dates shall be moved in accordance with this schedule.

|  | : |
|---|---|
| Initials of Preparer | PMC |