FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., <br><br> Plaintiff <br><br> vs. <br><br> INSURANCE COMPANY OF NORTH AMERICA, INC.; and ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Defendants <br><br> AND RELATED CROSS CLAIMS | Case No. 2:10-cv-02696 SVW (MANx) <br><br> Honorable Stephen V. Wilson <br><br> [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE (ONEBEACON) |

DB1/66256705.1

1

[PROPOSED] ORDER

1   Upon reading and approving of the parties' Stipulation of Dismissal with
2   Prejudice (OneBeacon), and good cause appearing therefore,
3   **IT IS HEREBY ORDERED** that Plaintiff Pepsi-Cola Metropolitan Bottling
4   Company, Inc.'s ("Pepsi") Complaint in this action, which was filed on April 14,
5   2010, is hereby dismissed with prejudice as to OneBeacon only and not as to any
6   other party. Each party shall bear its own costs.
7   ~~IT IS FURTHER ORDERED that this Court shall retain jurisdiction to~~
8   ~~enforce the terms of the settlement agreement between the parties.~~

10  **IT IS SO ORDERED.**

12  Dated: __Feb 17__, 2010        By: _____[signature]_____
13                                      Honorable Stephen V. Wilson
                                        UNITED STATES DISTRICT
14                                      JUDGE

DB1/66256705.1                                              [PROPOSED] ORDER