MORGAN, LEWIS & BOCKIUS LLP
PAUL A. ZEVNIK, SBN 75343
pzevnik@morganlewis.com
MICHAEL E. MOLLAND, SBN 111830
mmolland@morganlewis.com
DAVID S. COX, SBN 181232
dcox@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California  90071-3132
Tel:     213.612.2500
Fax:    213.612.2501

Attorneys for Plaintiff and Counter-Defendant
PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., <br><br>Plaintiff<br><br>vs.<br><br>INSURANCE COMPANY OF NORTH AMERICA, INC.; and ONEBEACON AMERICA INSURANCE COMPANY,<br><br>Defendants<br><br>AND RELATED CROSS CLAIMS | Case No. 2:10-cv-02696 SVW (MANx)<br><br>Honorable Stephen V. Wilson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (CENTURY)**<br><br>[Proposed] Order Lodged Concurrently Herewith] |

Plaintiff Pepsi-Cola Metropolitan Bottling Company, Inc. ("Pepsi") and defendant, counter-claimant and cross-claimant Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America) ("Century") (collectively, the "Parties") have reached a final settlement resolving all claims between Pepsi and Century in this matter.

Accordingly, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The settlement between the Parties exhausts the applicable limits of the INA Policies for the Liability Suits, as that term is defined in Pepsi's Complaint.

2. All claims that Pepsi and Century have asserted against one another in this action, but not claims that they have or could have asserted against other parties to this action, are hereby dismissed with prejudice, each Party to bear its own costs as between one another.

3. All claims that Century has asserted in this action against parties other than Pepsi have been assigned to Pepsi pursuant to the terms of the settlement. Subject to Pepsi's right to assert such claims on behalf of Century, Century hereby dismisses without prejudice its amended cross-complaint against Cross-Defendant Employers Insurance Company of Wausau, as indemnified by PepsiAmericas, Inc., now known as Pepsi-Cola Metropolitan Bottling Company, Inc., Cross-Defendants Travelers Indemnity Company, The Continental Insurance Company, Northwestern National Insurance Company of Milwaukee, Wisconsin, and National Union Fire Insurance Company of Pittsburgh, PA, all as indemnified by Whitman Corporation, now known as Pepsi-Cola Metropolitan Bottling Company, Inc., and Cross-Defendant Allstate Insurance Company.

///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22378060.3

2

STIPULATION OF DISMISSAL WITH PREJUDICE
(CENTURY)

IT IS SO STIPULATED.

DATED: April 14, 2011

MORGAN, LEWIS & BOCKIUS LLP

By *David Cox/NBM*
DAVID S. COX

Attorneys for Plaintiff and Counter-Defendant Pepsi-Cola Metropolitan Bottling Co., Inc.

DATED: April 14, 2011

AIWASIAN & ASSOCIATES

By *[signature]*
JOHN C. CONWAY

Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America