1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., <br><br> Plaintiff <br><br> vs. <br><br> INSURANCE COMPANY OF NORTH AMERICA, INC.; and ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Defendants | Case No. 2:10-cv-02696 SVW (MANx) <br><br> Honorable Stephen V. Wilson <br><br> **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE (CENTURY)** |
| AND RELATED CROSS CLAIMS | |

1   Upon reading and approving of the parties' Stipulation of Dismissal with
2   Prejudice (Century), and good cause appearing therefore,
3   **IT IS HEREBY ORDERED** that all claims that Pepsi and Century have
4   asserted against one another in this action, but not claims that they have or could
5   have asserted against other parties to this action, are hereby dismissed with
6   prejudice, each Party to bear its own costs as between one another.
7   **IT IS FURTHER ORDERED** that all claims that Century has asserted in
8   this action against parties other than Pepsi have been assigned to Pepsi pursuant to
9   the terms of the settlement.  Subject to Pepsi's right to assert such claims on behalf
10  of Century, Century hereby dismisses without prejudice its amended cross-
11  complaint against Cross-Defendant Employers Insurance Company of Wausau, as
12  indemnified by PepsiAmericas, Inc., now known as Pepsi-Cola Metropolitan
13  Bottling Company, Inc., Cross-Defendants Travelers Indemnity Company, The
14  Continental Insurance Company, Northwestern National Insurance Company of
15  Milwaukee, Wisconsin, and National Union Fire Insurance Company of Pittsburgh,
16  PA, all as indemnified by Whitman Corporation, now known as Pepsi-Cola
17  Metropolitan Bottling Company, Inc., and Cross-Defendant Allstate Insurance
18  Company.
19  **IT IS SO ORDERED.**

22  Dated: _____, 2011     By: _____
                                        Honorable Stephen V. Wilson
23                                      UNITED STATES DISTRICT JUDGE